*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BG-0189**

IN RE CHRISTOPHER M. HANKS,
                              Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 1655749**                    **DDN: 2025-D005**

BEFORE: McLeese, Deahl, and Shanker, Associate Judges.

## O R D E R
(FILED – August 14, 2025)

On consideration of the order from the Virginia State Bar Disciplinary Board suspending respondent by consent from the practice of law in Virginia for six months; this court's April 3, 2025, order suspending respondent in the District pending this matter's resolution and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel recommending that identical reciprocal discipline be imposed; and respondent's D.C. Bar R. XI, § 14(g) affidavit, which he filed on April 15, 2025; and it appearing that respondent has not filed a response to the show cause order; it is

ORDERED that Christopher M. Hanks is hereby suspended from the practice of law in the District of Columbia for six months, nunc pro tunc to April 15, 2025. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that exceptions to the rebuttable presumption in favor of identical reciprocal discipline should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (per curiam) (explaining that the rebuttable presumption applies to all cases in which the respondent does not participate).

**PER CURIAM**